1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ELIJAH LEE MILLER,                          No.  2:21-cv-2000 KJN P

12                   Plaintiff,

13           v.                                    ORDER

14    RAYMOND BRADFORD, et al.,

15                   Defendants.

16

17           Plaintiff is a state prisoner, proceeding pro se.  On January 20, 2022, plaintiff's complaint

18    was dismissed and plaintiff was granted thirty days in which to file an amended complaint, along

19    with the completed notice of amendment form.  On January 31, 2022, plaintiff filed only the

20    notice of amendment form.  Plaintiff is advised that his filing is insufficient to constitute a

21    pleading.  Rather, plaintiff must file an amended complaint that complies with the court's last

22    order.  The Clerk is directed to send plaintiff the form for filing a civil rights complaint.

23    Plaintiff's amended complaint is due February 20, 2022.

24           Accordingly, IT IS HEREBY ORDERED that:

25           1.  Plaintiff's January 31, 2022 filing is disregarded.

26           2.  Per the January 20, 2022 order, plaintiff's amended complaint is due February 20,

27    2022; and

28    ////

                                                     1

1        3.  The Clerk of the Court is directed to send plaintiff the form for filing a civil rights

2  complaint by a prisoner.

3  Dated:  February 7, 2022

4

5  KENDALL J. NEWMAN
   UNITED STATES MAGISTRATE JUDGE

6

7

8  /mill2000.disr

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28